IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CHELSEA KROGER ACOSTA, individually and as next friend and as INDEPENDENT ADMINISTRATOR of the ESTATE OF EMERSON KATE COLE, Deceased, and CAROLE KROGER, <br><br> Plaintiffs, <br><br> v. <br><br> AMARILLO INDEPENDENT SCHOOL DISTRICT, <br><br> Defendant. | § § § § § § § § § § § § § § § § | Civil Action No. _____ |

**DEFENDANT AMARILLO INDEPENDENT SCHOOL DISTRICT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Amarillo Independent School District (Amarillo ISD or the District) removes Cause No. 112167-E-CV (the State Court Action) from the District Court of Potter County, Texas, to the United States District Court for the Northern District of Texas, Amarillo Division, and would respectfully show the Court as follows:

### I.   SUMMARY OF STATE COURT ACTION

1.   Plaintiffs Chelsea Kroger Acosta, individually and as next friend and as Independent Administrator of the Estate of Emerson Kate Cole, Deceased, and Carole Kroger (Plaintiffs) filed suit against Amarillo ISD on May 30, 2024, asserting violations of the Americans with Disabilities Act (ADA), along with various state law tort claims.

2. Plaintiff served the District on June 10, 2024, through Superintendent Doug Loomis. As such, this removal is timely pursuant to 28 U.S.C. § 1446(b). Amarillo ISD has not filed any papers in the State Court Action.

## II.    JURISDICTION

3. The State Court Action is removable under 28 U.S.C. § 1441 on the basis of federal question jurisdiction. Any civil action brought in a state court may be removed without regard to the citizenship of the parties when the district courts of the United States have original jurisdiction.[1] District courts of the United States have original jurisdiction over all civil actions arising under the Constitution and laws of the United States.[2]

4. Plaintiffs' Original Petition contains claims arising under federal law, specifically the ADA, 28 U.S.C. § 12102. Because Plaintiffs' claims arise under federal statutes, the action is removable, and the United States District Court for the Northern District of Texas, Amarillo Division has jurisdiction.[3]

5. Moreover, the Court has jurisdiction over the entirety of the State Court Action, because the remaining state law claims arise out of "a common nucleus of operative facts" as the constitutional claims.[4] Specifically, all claims are based on Plaintiffs' allegations surrounding Emerson Kate Cole's death on January 17, 2023. As stated in statute, the remaining claims are "so related" to the federal constitutional claims "that they form part of the same case or controversy" and give the Court supplemental jurisdiction over those claims.[5]

6. Accordingly, the entire State Court Action is removable.

---

[1] 28 U.S.C.§ 1441(a)
[2] 28 U.S.C.§ 1446
[3] *See* 28 U.S.C.§ 1441(a)
[4] *See United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966).
[5] *See* 28 U.S.C. § 1367(a).

## III. REMOVAL REQUIREMENTS

7. Filed simultaneously herewith is an index of the pleadings from the State Court Action, a copy of the State Court Action docket sheet, copies of all pleadings asserting causes of action, and a certificate of interested persons.

WHEREFORE, PREMISES CONSIDERED, Amarillo ISD respectfully requests that the State Court Action be removed to this Court for trial and determination, that all further proceedings in the State Court Action be stayed, and that the District have all additional relief to which it may be justly entitled.

Respectfully submitted,

By: /s/ Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487
Andrea Slater Gulley
State Bar No. 24045994

Meredith Prykryl Walker
WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

Andrea Slater Gulley
WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.
6900 W Interstate 40, Suite 195
Amarillo, Texas 79106
806.310.7150
806.223.1256 (facsimile)
agulley@wabsa.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      On June 28, 2024, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    Kevin A. Isern
    LOVELL, ISERN & FARABOUGH, LLP
    112 SW 8th Avenue, Suite 1000
    Amarillo, Texas 79101

                                                  /s/ Meredith Prykryl Walker
                                                  Meredith Prykryl Walker