IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CHELSEA KROGER ACOSTA, individually and as next friend and as INDEPENDENT ADMINISTRATOR of the ESTATE OF EMERSON KATE COLE, Deceased, and CAROLE KROGER, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | Civil Action No. _____ |
| v. | §<br>§ | |
| AMARILLO INDEPENDENT SCHOOL DISTRICT, | §<br>§<br>§ | |
| Defendant. | §<br>§ | |

**APPENDIX OF DOCUMENTS IN STATE COURT**

| Tab | Description | Filing Date |
|-----|-------------|-------------|
| **A** | Docket Sheet / Transaction Record | Printed 06/27/2024 |
| **B** | Plaintiff's Original Petition for Declaratory Judgment | 05/30/2024 |
| **C** | Request for Issuance of Citation | 05/30/2024 |
| **D** | Citation and Return of Service on Defendant Amarillo Independent School District | 06/10/2024 |

Respectfully submitted,


By: ___/s/Meredith Prykryl Walker___
Meredith Prykryl Walker
State Bar No. 24056487
Andrea Slater Gulley
State Bar No. 24045994

Meredith Prykryl Walker
WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

Andrea Slater Gulley
WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.
6900 W Interstate 40, Suite 195
Amarillo, Texas 79106
806.310.7150
806.223.1256 (facsimile)
agulley@wabsa.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On June 28, 2024, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Kevin A. Isern
LOVELL, ISERN & FARABOUGH, LLP
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101

/s/Meredith Prykryl Walker
Meredith Prykryl Walker