## Case Information

112167-E-CV | CHELSEA KROGER ACOSTA, INDIVIDUALLY AND AS NEXT FRIEND AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF EMERSON KATE COLE, DECEASED, AND CAROLE KROGER VS. AMARILLO INDEPENDENT SCHOOL DISTRICT

| Case Number | Court | Judicial Officer |
|---|---|---|
| 112167-E-CV | 108th District Court | Woodburn, Doug |
| File Date | Case Type | Case Status |
| 05/30/2024 | All Other Civil Cases | Pending |

## Party

Plaintiff
Acosta, Chelsea Kroger

---

Plaintiff
Kroger, Carole

Active Attorneys▾
Lead Attorney
Isern, Kevin A.
Retained

---

Defendant
Amarillo Independent School District

## Events and Hearings

05/30/2024 PLAINTIFF'S ORIGINAL PETITION (OCA) ▾

Comment
Plaintiffs' Original Petition

05/30/2024 REQUEST FOR ISSUANCE ▾

AMARILLO INDEPENDENT SCHOOL DISTRICT

05/30/2024 ISSUE - CITATION PERSONAL SERVICE

06/03/2024 ISSUE - CITATION PERSONAL SERVICE

06/10/2024 RECORD CITATION ▾

Comment
served on Amarillo Independent School District ON 6/10/2024, $75.00, Ashley Howard